1

2

3

4              UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6

7   USA,                                    Case No.25-mj-70621-MAG-1

8              Plaintiff,
                                            Charging District's Case No.
9        v.                                 2:21-cr-00018

10  RUSSELL PATRICK PFIESTER,

11             Defendant.

12              **COMMITMENT TO ANOTHER DISTRICT**

13        The defendant has been ordered to appear in the Eastern District of California on June 4,

14  2025 at 2:00 PM.

15  The defendant may need an interpreter for this language: n/a.

16        The defendant:        ( ) will retain an attorney.

17                              (XX ) is requesting court-appointed counsel.

18        The defendant remains in custody after the initial appearance.

19

20        **IT IS ORDERED:**  The United States Marshal must transport the defendant, together with

21  a copy of this order, to the charging district and deliver the defendant to the United States Marshal

22  for that district, or to another officer authorized to receive the defendant.  The Marshal or officer

23  of the charging district should immediately notify the United States Attorney and the Clerk for that

24  district of the defendant's arrival so that further proceedings may be promptly scheduled.  The

25  Clerk of this district must promptly transmit the papers and any bail to the charging district.

26  Dated: May 29, 2025

27  _____
    ALEX G. TSE
28  United States Magistrate Judge